STATE OF CONNECTICUT *v.* DARRYL CUMMINGS

The defendant's petition for certification for appeal from the Appellate Court, 46 Conn. App. 661 (AC 14275), is denied.

BERDON and KATZ, Js., dissenting. We would grant the defendant's petition for certification to appeal.

*James K. Filan, Jr.*, in support of the petition.

*John A. East III*, assistant state's attorney, in opposition.